MHN

**FILED**

MAR 2 8 2008 *aew*

3-28-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

United States of America ex rel. )
)
Michael Akins #B-72571 )
(Full name and prison number) )
(Include name under which convicted) )
)
PETITIONER )       08cv1810
)       JUDGE CASTILLO
vs. )       MAG. JUDGE KEYS
)
Austin Randolph )
(Warden, Superintendent, or authorized )
person having custody of petitioner) )
)
RESPONDENT, and )
)
(Fill in the following blank **only** if judgment )
attacked imposes a sentence to commence )
in the future) )
)
ATTORNEY GENERAL OF THE STATE OF )   Case Number of State Court Conviction:
)   98 CR 17258-01
)   98 CR 17259-01
_____ )
(State where judgment entered) )

## PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: Circuit Court of Cook County, IL - Bridgeview, IL

2. Date of judgment of conviction: Dec. 10, 1999

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
   Burglary and Attmepted Burglary

4. Sentence(s) imposed: 30 years consecutive to 5 years

5. What was your plea? (Check one)    (A) Not guilty      ( )
                                       (B) Guilty          (xx)
                                       (C) Nolo contendere ( )

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

# PART 1 -- TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):   Jury ( )   Judge only ( )

2. Did you testify at trial?   YES ( )   NO ( )

3. Did you appeal from the conviction or the sentence imposed?   YES (xx)   NO ( )

   (A) If you appealed, give the

   (1) Name of court: IL Appellate Court - First Dist.

   (2) Result: Affirmed

   (3) Date of ruling: Sept. 5, 2003

   (4) Issues raised: Trial Court had no authority to resentence him; 30 year sentence for burglary was excessive; and he was denied his right to adequate legal representation

   (B) If you did not appeal, explain briefly why not: ___

4. Did you appeal, or seek leave to appeal, to the highest state court?   YES (xx)   NO ( )

   (A) If yes, give the

   (1) Result   Affirmed

   (2) Date of ruling: Jan. 28, 2004

   (3) Issues raised: Same issues that were raised in direct appeal

   (B) If no, why not: ___

5. Did you petition the United States Supreme Court for a writ of *certiorari*?   Yes (xx)   No ( )

   If yes, give (A) date of petition: Aug. 9, 2007   (B) date *certiorari* was denied: Nov. 5, 2007

# PART II – COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

   YES ( )   NO ( xx )

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: _____

   B. Date of filing: _____

   C. Issues raised: _____
   _____
   _____

   D. Did you receive an evidentiary hearing on your petition?   YES ( )   NO ( )

   E. What was the court's ruling? _____

   F. Date of court's ruling: _____

   G. Did you appeal from the ruling on your petition?   YES ( )   NO ( )

   H. (a) If yes,   (1) what was the result? _____

            (2) date of decision: _____

      (b) If no, explain briefly why not: _____

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?

      YES ( )   NO ( )

      (a) If yes,   (1) what was the result? _____

            (2) date of decision: _____

      (b) If no, explain briefly why not: _____

3

2. With respect to this conviction or sentence, have you filed a petition in a state court using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES (x)   NO ( )

   A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

      1. Nature of proceeding    Relief From Judgement

      2. Date petition filed    Sept. 2, 2004

      3. Ruling on the petition    denied

      3. Date of ruling    Nov. 18, 2005

      4. If you appealed, what was the ruling on appeal?    affirmed

      5. Date of ruling on appeal    March 9, 2007

      6. If there was a further appeal, what was the ruling?    Denied

      7. Date of ruling on appeal    Nov. 5, 2007

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in federal court YES ( )   NO (x)

   A. If yes, give name of court, case title and case number: _____

   B. Did the court rule on your petition? If so, state

      (1) Ruling: _____

      (2) Date: _____

4. WITH RESPECT TO THIS CONVICTION OR SENTENCE, ARE THERE LEGAL PROCEEDIN[GS] PENDING IN ANY COURT, OTHER THAN THIS PETITION?

YES ( )   NO (xx)

If yes, explain: _____

4

## PART III -- PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.

(A) Ground one  Denial of Due Process of Law and Fundamental Fairness
Supporting facts (tell your story briefly without citing cases or law):

On Oct. 27, 1999, Michael Akins entered into a plea agreement with the State in which he would be sentenced to consecutive terms of six years imprisonment for burglary (98 CR 17258) and three and a half years imprisonment for attempt burglary (98CR 17259). Akins signed a pre-sentence investigation report waiver and was sentenced by the court in accordance with the plea agreement. The trial court stayed the mittimus and a motion to vacate the sentence until November 29, 1999. When Akins did not appear on November 29, 1999, the court issued a bond forfeiture

cont. on next page

(B) Ground two _____
Supporting facts:

5

## PETITIONERS CLAIMS

(A)
warrant and vacated the sentences that had been imposed. The court then continued the case until December 10, 1999. On December 10, 1999, the trial court sentenced Akins in absentia to 30 years imprisonment for the burglary conviction and 10 years imprisonment for the attempt burglary conviction to served consecutively. Akins surrendered to authorities in Memphis, Tenn. on Aug. 4, 2000. He was subsequently extradited and transferred to the Cook County Jail on August 17, 2000.

Petitioner believes that because there was no Pre-sentence Investigation Report, his 30 year sentence was illegally enhanced because no official report was reviewed to clarify whether Petitioner's prior convictions qualified him to be sentenced as a Class X Offender. Furthermore, Akins sentence does not conform to the statutory requirements, as it was imposed without the statutorily required presentence investigation report.

(C) Ground three _____

Supporting facts:

_____

_____

_____

_____

_____

_____

_____

_____

(D) Ground four _____

Supporting facts:

_____

_____

_____

_____

_____

_____

_____

_____

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?

   YES (xx)    NO ( )

3. If you answered "NO" to question (16), state briefly what grounds were not so presented and why not:

_____

_____

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing _____

(B) At arraignment and plea __Ms. Marcella Lipinski – Asst. Public Defender of Cook County__

(C) At trial _____

(D) At sentencing __Leslie Starks__

(E) On appeal __Justin J. Major – Asst. Appellate Defender__

(F) In any post-conviction proceeding __Carolyn R. Klarquist – Asst. Appellate Defender__

(G) Other (state): _____

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )   NO ( xx )

Name and location of the court which imposed the sentence: _____

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in proceeding.

Signed on: __3-14-08__
　　　　　　(Date)

_____
Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

__Michael Chine__
(Signature of petitioner)

__B-72571__
(I.D. Number)

__P.O. Box 1000__
(Address)
__Lincoln, IL   62656__

7

IN THE

<u>United States District Court</u>

<u>Northern District of Illinois</u>

<u>Michael Akins</u>           )
     Plaintiff         )
                     )   Case No. _____
                     )

<u>Austin Randolph</u>
     Defendant

## PROOF / CERTIFICATE OF SERVICE

TO: <u>Clerk of U.S. District Court</u>    TO: _____

    <u>219 S. Dearborn</u>

    <u>Chicago, IL   60604</u>

    <u>Original & 2 Copies</u>

PLEASE TAKE NOTICE that on x **3-18-** _____, 2 **008**, I have placed the documents listed below in the institutional mail at *Logan Correctional Center*, properly addressed to the parties listed above for mailing through the United States Postal Service:

    <u>**Petition For Writ of Habeas Corpus and Application to Proceed**</u>

    <u>**without Prepayment of Fees and Affidavit**</u>

Pursuant to *28 USC 1746, 18 USC 1621 or 735 ILCS 5/109*, I declare under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: x **3-18-08**            /s/ *Michael Akins*
                                        Name: **Michael Akins**
                                        IDOC No.: **B-72571**
                                        Logan Correctional Center
                                        1096 1350th Street / PO Box 1000
                                        Lincoln, Illinois 62656