*MHKi*
*CAT#*

**PRISONER CASE**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

08cv1810
JUDGE CASTILLO
MAG. JUDGE KEYS

**Plaintiff(s):**  United States of America ex rel.
MICHAEL AKINS

**Defendant(s):**  AUSTIN RANDOLPH

**County of Residence:**  LOGAN

**County of Residence:**

**FILED**
J N
MAR 2 8 2008
3-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff's Address:**

Michael Akins
B-72571
Logan - LGN
R.R. 3, P.O. Box 1000
Lincoln, IL  62656

**Defendant's Attorney:**

Chief of Criminal Appeals
Illinios Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL  60601

**Basis of Jurisdiction:**

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question
  (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**

- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:**  [ ] Yes  [✓] No

**Signature:**  *A. E. Woodham*  **Date:** 03/28/2008