MHK

AO 240 (1/94)

# United States District Court

**FILED**
MAR 2 8 2008
3-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Northern DISTRICT OF Illinois

Michael Akins

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

Austin Randolph

Defendant

08cv1810
JUDGE CASTILLO
MAG. JUDGE KEYS

I, Michael Akins, declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [x] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Logan Corr. Ctr.

   Are you employed at the institution? xx    Do you receive any payment from the institution? $15/month

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [x] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [x] No
   b. Rent payments, interest or dividends            [ ] Yes   [x] No
   c. Pensions, annuities or life insurance payments  [ ] Yes   [x] No
   d. Disability or workers compensation payments     [ ] Yes   [x] No
   e. Gifts or inheritances                           [ ] Yes   [x] No
   f. Any other sources                               [ ] Yes   [ ] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and

4.  Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes" state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

__3-18-08__   _Michael Akins_
DATE         SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __50.03__ on account to his/her credit at (name of institution) __LOGAN C.C.__ . I further certify that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's average balance was $ _____ .

__3/17/08__   _[signature]_
DATE         SIGNATURE OF AUTHORIZED OFFICER

MAR 17 2008

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: 3/17/2008 | | | | Logan Correctional Center | | | Page 1 |
| Time: 10:37am | | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 09/17/2007 thru End;   Inmate: B72571;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B72571 Akins, Michael**　　　　　　　　　　　　　　　　**Housing Unit: LOG-C -C -73**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | **18.24** |
| 09/17/07 | Disbursements | 80 Postage | 260350 | Chk #30265 | 80-107, DOC: 523 Fund Inmate R, Inv. Date: 08/28/2007 | -.41 | 17.83 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260350 | Chk #30265 | 81-028, DOC: 523 Fund Inmate R, Inv. Date: 08/30/2007 | -1.99 | 15.84 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260350 | Chk #30265 | 81-028, DOC: 523 Fund Inmate R, Inv. Date: 08/30/2007 | -1.99 | 13.85 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260350 | Chk #30265 | 81-028, DOC: 523 Fund Inmate R, Inv. Date: 08/30/2007 | -4.60 | 9.25 |
| 09/17/07 | Disbursements | 84 Library | 260350 | Chk #30266 | 84-021, DOC: 523 Fund Library, Inv. Date: 08/28/2007 | -9.20 | .05 |
| 09/19/07 | Mail Room | 01 MO/Checks (Not Held) | 262281 | V730935 | Snipes, D | 30.00 | 30.05 |
| 09/19/07 | Mail Room | 01 MO/Checks (Not Held) | 262281 | V722564 | Snipes, D | 25.00 | 55.05 |
| 09/20/07 | Mail Room | 01 MO/Checks (Not Held) | 263281 | 163724 | Akins, M | 50.00 | 105.05 |
| 10/01/07 | Mail Room | 01 MO/Checks (Not Held) | 274241 | V722564 | Snipes, Denise | -25.00 | 80.05 |
| 10/01/07 | Point of Sale | 60 Commissary | 274779 | 565951 | Commissary | -79.49 | .56 |
| 10/09/07 | Payroll | 20 Payroll Adjustment | 282154 | | P/R month of 09/2007 | 12.96 | 13.52 |
| 10/11/07 | Mail Room | 01 MO/Checks (Not Held) | 284272 | 732784 | Snipes, Denise | 25.00 | 38.52 |
| 10/17/07 | Disbursements | 81 Legal Postage | 290350 | Chk #30446 | 81-041, DOC: 523 Fund Inmate R, Inv. Date: 10/02/2007 | -4.60 | 33.92 |
| 10/17/07 | Disbursements | 81 Legal Postage | 290350 | Chk #30446 | 81-041, DOC: 523 Fund Inmate R, Inv. Date: 10/02/2007 | -1.99 | 31.93 |
| 10/17/07 | Disbursements | 81 Legal Postage | 290350 | Chk #30446 | 81-041, DOC: 523 Fund Inmate R, Inv. Date: 10/02/2007 | -1.99 | 29.94 |
| 10/20/07 | Mail Room | 10 Western Union | 293200 | 8081928740 | AKINS, RASHEEN | 70.00 | 99.94 |
| 10/23/07 | Point of Sale | 60 Commissary | 296777 | 569061 | Commissary | -99.60 | .34 |
| 11/08/07 | Payroll | 20 Payroll Adjustment | 312154 | | P/R month of 10/2007 | 15.00 | 15.34 |
| 11/08/07 | Mail Room | 01 MO/Checks (Not Held) | 312281 | V734991 | Snipes, Denise | 30.00 | 45.34 |
| 11/16/07 | Point of Sale | 60 Commissary | 320727 | 571777 | Commissary | -45.26 | .08 |
| 11/26/07 | Mail Room | 01 MO/Checks (Not Held) | 330281 | v735962 | Snipes, Denise | 25.00 | 25.08 |
| 11/26/07 | Mail Room | 01 MO/Checks (Not Held) | 330281 | 1804979 | Akins, Monroe | 40.00 | 65.08 |
| 11/29/07 | Point of Sale | 60 Commissary | 333783 | 573317 | Commissary | -54.93 | 10.15 |
| 12/10/07 | Payroll | 20 Payroll Adjustment | 344154 | | P/R month of 11/2007 | 13.68 | 23.83 |
| 12/12/07 | Point of Sale | 60 Commissary | 346749 | 574633 | Commissary | -13.77 | 10.06 |
| 12/14/07 | Mail Room | 01 MO/Checks (Not Held) | 348281 | V737359 | Smopes, Denise | 20.00 | 30.06 |
| 12/17/07 | Disbursements | 82 Debts due to State (non-postage) | 351350 | Chk #30883 | 82-042, DOC: 523 Fund Inmate R, Inv. Date: 11/27/2007 | -10.00 | 20.06 |
| 12/22/07 | Mail Room | 10 Western Union | 356200 | 8411249638 | AKINS, RASHEEN | 130.00 | 150.06 |
| 12/24/07 | Point of Sale | 60 Commissary | 358749 | 576318 | Commissary | -135.67 | 14.39 |
| 12/24/07 | Point of Sale | 60 Commissary | 358749 | 576322 | Commissary | -2.78 | 11.61 |
| 01/02/08 | Mail Room | 01 MO/Checks (Not Held) | 002281 | V738361 | Smipes, Denise | 30.00 | 41.61 |
| 01/02/08 | Mail Room | 01 MO/Checks (Not Held) | 002281 | V738360 | Smipes, Denise | 50.00 | 91.61 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009154 | | P/R month of 12/2007 | 12.24 | 103.85 |
| 01/11/08 | Point of Sale | 60 Commissary | 011783 | 577799 | Commissary | -90.91 | 12.94 |
| 01/17/08 | Disbursements | 80 Postage | 017350 | Chk #31116 | 80-387, DOC: 523 Fund Inmate R, Inv. Date: 01/14/2008 | -.41 | 12.53 |
| 01/17/08 | Disbursements | 80 Postage | 017350 | Chk #31116 | 80-391, DOC: 523 Fund Inmate R, Inv. Date: 01/16/2008 | -.41 | 12.12 |
| 01/23/08 | Point of Sale | 60 Commissary | 023749 | 579477 | Commissary | -12.05 | .07 |
| 01/30/08 | Mail Room | 01 MO/Checks (Not Held) | 030281 | 371747 | Akins, Michael | 20.00 | 20.07 |
| 02/05/08 | Mail Room | 10 Western Union | 036200 | 5601783156 | AKINS, EBONY | 100.00 | 120.07 |
| 02/05/08 | Point of Sale | 60 Commissary | 036783 | 580677 | Commissary | -120.02 | .05 |
| 02/11/08 | Payroll | 20 Payroll Adjustment | 042154 | | P/R month of 01/2008 | 15.00 | 15.05 |
| 02/11/08 | Mail Room | 01 MO/Checks (Not Held) | 042281 | 741183 | Snipes, Denise | 20.00 | 35.05 |

Date: 3/17/2008
Time: 10:37am
d_list_inmate_trans_statement_composite

Case 1:08-cv-01810  Document 3  Filed 03/28/2008  Page 4 of 4

Logan Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 09/17/2007 thru End; Inmate: B72571; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B72571 Akins, Michael**  **Housing Unit: LOG-C -C -73**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/15/08 | Disbursements | 80 Postage | 046350 | Chk #31314 | 80-452, DOC: 523 Fund Inmate R, Inv. Date: 02/14/2008 | -.41 | 34.64 |
| 02/15/08 | Disbursements | 80 Postage | 046350 | Chk #31314 | 80-452, DOC: 523 Fund Inmate R, Inv. Date: 02/14/2008 | -.41 | 34.23 |
| 02/15/08 | Disbursements | 80 Postage | 046350 | Chk #31314 | 80-452, DOC: 523 Fund Inmate R, Inv. Date: 02/14/2008 | -.41 | 33.82 |
| 02/15/08 | Disbursements | 80 Postage | 046350 | Chk #31314 | 80-452, DOC: 523 Fund Inmate R, Inv. Date: 02/14/2008 | -.41 | 33.41 |
| 02/15/08 | Point of Sale | 60 Commissary | 046727 | 582098 | Commissary | -33.33 | .08 |
| 02/18/08 | Mail Room | 10 Western Union | 049200 | 1782654942 | AKINS, RASHEEN | 60.00 | 60.08 |
| 02/28/08 | Point of Sale | 60 Commissary | 059783 | 583847 | Commissary | -59.96 | .12 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070150 |  | P/R month of 02/2008 | 13.68 | 13.80 |
| 03/11/08 | Point of Sale | 60 Commissary | 071779 | 585061 | Commissary | -13.77 | .03 |
| 03/12/08 | Mail Room | 10 Western Union | 072200 | 8371437087 | AKINS, RASHEEN | 50.00 | 50.03 |

|  |  |
|---:|---:|
| Total Inmate Funds: | 50.03 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 50.03 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |