IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MICHAEL AKINS, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 1810 |
| AUSTIN RANDOLPH, Warden, Logan Correctional Center, | ) ) ) | The Honorable Ruben Castillo, Judge Presiding. |
| Respondent. | ) | |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on April 23, 2008, at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Reuben Castillo or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and present the attached **MOTION TO DISMISS**.

                                Respectfully submitted,

                                LISA MADIGAN
                                Attorney General of Illinois

BY:   s/ERIC W. TRUETT
        ERIC W. TRUETT, BAR # 6291213
        Assistant Attorney General
        100 W. Randolph Street, 12th Floor
        Chicago, Illinois 60601-3218
        PHONE: (312) 814-4684
        FAX: (312) 814-2253
        E-MAIL: etruett@atg.state.il.us

CERTIFICATE OF SERVICE

I hereby certify than on April 17, 2008, I electronically filed respondent's **NOTICE OF MOTION TO DISMISS** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and I hereby certify that on that same day, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Michael Akins, B72571
1096 1350th Street
P.O. Box 1000
Lincoln, Il 62656

                                              Respectfully submitted,

                                              LISA MADIGAN
                                              Attorney General of Illinois

                      By:   <u>s/Eric W. Truett</u>
                              ERIC W. TRUETT, BAR # 6291213
                              Assistant Attorney General
                              100 W. Randolph Street, 12th Floor
                              Chicago, Illinois 60601-3218
                              PHONE: (312) 814-4684
                              FAX: (312) 814-2253
                              E-MAIL: etruett@atg.state.il.us