KJ

08-1810

UNITED STATES POSTAL SERVICE  First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk of the U.S. District Court
219 S. Dearborn
Chicago, IL 60604

MICHAEL W. ...
CLERK, U.S. D...

RECEIVED
APR 15 2008

08-1810

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X RECEIVED ☐ Agent ☐ Addressee<br>ATTORNEY GENERAL of Delivery<br>B. Received by (Printed Name) APR 04 2008<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>OFFICE SRVCS MAILROOM |
| 1. Article Addressed to:<br>08-1810<br>Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 9700 8965 |
| PS Form 3811, February 2004 | Domestic Return Receipt          102595-02-M-1540 |

# FILED

APR 15 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**