# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1810 | **DATE** | 4/23/2008 |
| **CASE TITLE** |  | Michael Akins vs. Austin Randolph, Warden | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/23/2008. Respondent's motion to dismiss [7] is granted. Petitioner's petition is dismissed without prejudice. Petitioner is given 30 days to file a motion to reconsider and/or a motion for appointment of counsel.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|